IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY HENNESSY, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | NO. 18-5558 |
| MICHAEL D. OVERMYER, et al., | : | |
| Respondents. | : | |

**ORDER**

CHAD F. KENNEY, J.

AND NOW, this ___ day of ___ JAN, 2019, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 2), Defendant's Response thereto (Doc. No. 14), and the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (Doc. No. 15), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. The Petition for a Writ of Habeas Corpus is DENIED and DISMISSED WITH PREJUDICE;
3. There is no probable cause to issue a certificate of appealability; and
4. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

_____
CHAD F. KENNEY, J.